Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18905−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric Alvarez | Corinna V Marotta |
| 544 Frank Applegate Road | 544 Frank Applegate Road |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
xxx−xx−3972                                                                  xxx−xx−5757

Employer's Tax I.D. No.:

**ORDER RESPECTING**
**AMENDMENT TO VOLUNTARY PETITION AND/OR**
**STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS**

   The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on November 7, 2023, and for good cause shown, it is

   ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

   It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

   1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

   2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

   3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: November 8, 2023
JAN: pbf

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 23-18905-CMG
Eric Alvarez                                                                    Chapter 13
Corinna V Marotta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 08, 2023      Form ID: oavolssn      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Alvarez, Corinna V Marotta, 544 Frank Applegate Road, Jackson, NJ 08527-4221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor United Wholesale Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Cerbone
     on behalf of Joint Debtor Corinna V Marotta cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Nov 08, 2023     Form ID: oavolssn     Total Noticed: 2

James J. Cerbone
    on behalf of Debtor Eric Alvarez cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5