Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-18905 / CMG**

Eric Alvarez
Corinna V Marotta

Petition Filed Date: 10/12/2023
341 Hearing Date: 11/30/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/09/2024 | $3,208.00 | | | | | | | |

**Total Receipts for the Period: $3,208.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,208.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Eric Alvarez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. | Attorney Fees | $2,610.00 | $0.00 | $2,610.00 |
| | | No Disbursements: No Check | | | |
| 1 | Sheffield Financial, a Division of Truist Bank<br>»» 2021 GRIFFIN DUMP TRAILER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | TD BANK,NA | Unsecured Creditors | $23,327.79 | $0.00 | $0.00 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $2,609.78 | $0.00 | $0.00 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | Unsecured Creditors | $17,135.91 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $6,935.68 | $0.00 | $0.00 |
| 6 | American Express National Bank | Unsecured Creditors | $3,030.42 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $26,925.60 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FRONTIER AIRLINES | Unsecured Creditors | $39,767.61 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FRONTIER AIRLINES | Unsecured Creditors | $12,762.55 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BJS | Unsecured Creditors | $14,224.01 | $0.00 | $0.00 |
| 11 | UNITED WHOLESALE MTG, LLC<br>»» P/544 FRANK APPLEGATE RD/1ST MTG | Mortgage Arrears | $8,429.90 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $13,528.68 | $0.00 | $0.00 |
| 13 | FIRST ATLANTIC FCU<br>»» 2017 INFINITI QX80 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $11,883.05 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-18905 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,208.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,604.00 |
| Paid to Trustee: | $266.26 | Arrearages: | $0.00 |
| Funds on Hand: | $2,941.74 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

