Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18905−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric Alvarez | Corinna V Marotta |
| 544 Frank Applegate Road | 544 Frank Applegate Road |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
xxx−xx−3972                                                                 xxx−xx−5757

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2024.

Dated: February 9, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 23-18905-CMG

Eric Alvarez                                                                                            Chapter 13

Corinna V Marotta

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                              Page 1 of 3

Date Rcvd: Feb 09, 2024             Form ID: plncf13                      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Alvarez, Corinna V Marotta, 544 Frank Applegate Road, Jackson, NJ 08527-4221 |
| 520050508 | + | FNB Omaha, PO Box 3142, Omaha, NE 68103-0142 |
| 520050506 | + | First Atlantic FCU, 468 Industrial Way, Eatontown, NJ 07724-2210 |
| 520050509 | + | Frederic I Weinberg & Associates, 1200 Laurel Oak Road ste 104, Voorhees, NJ 08043-4317 |
| 520050511 | | Lamont Hanley & Associates, PO Box 179, Manchester, NH 03105-0179 |
| 520050520 | | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Jackson, NJ 08527 |
| 520050521 | + | Utica First Insurance Company, 5981 Airport Road, Oriskany, NY 13424-3931 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Feb 09 2024 20:54:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520050497 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2024 21:10:56 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520097353 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2024 20:59:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520050498 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520128299 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520050499 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 09 2024 20:55:00 | Barclay Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520050501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 21:00:14 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520050502 | + | Email/PDF: pa_dc_claims@navient.com | Feb 09 2024 21:00:01 | Department of Education/aidvantage, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 520050503 | | Email/Text: bknotice@ercbpo.com | Feb 09 2024 20:55:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 520063059 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 09 2024 20:54:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520050507 | | Email/Text: collecadminbankruptcy@fnni.com Feb 09 2024 20:54:00 | | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 520050504 | + | Email/Text: data_processing@fin-rec.com Feb 09 2024 20:55:00 | | Financial Recovery Services, PO Box21405, Saint Paul, MN 55121-0405 |
| 520121340 | + | Email/Text: rmcdowell@slgcollect.com Feb 09 2024 20:54:00 | | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520050510 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 09 2024 21:00:14 | | Home Depot Credit Services, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520050512 | | Email/Text: bknotices@mbandw.com Feb 09 2024 20:55:00 | | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146 |
| 520050513 | | Email/Text: EBN@Mohela.com Feb 09 2024 20:54:00 | | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520087673 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 09 2024 20:55:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520050514 | + | Email/PDF: pa_dc_claims@navient.com Feb 09 2024 21:00:02 | | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 520065841 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 09 2024 20:53:00 | | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 520108749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2024 21:11:06 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520050516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2024 20:59:55 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520050518 | | Email/PDF: ais.sync.ebn@aisinfo.com Feb 09 2024 21:11:03 | | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520050517 | + | Email/Text: bankruptcy@bbandt.com Feb 09 2024 20:55:00 | | Sheffield Financial, 2554 Lewisville Commons, Clemmons, NC 27012-8110 |
| 520057191 | | Email/Text: bankruptcy@bbandt.com Feb 09 2024 20:55:00 | | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520050519 | | Email/Text: bankruptcy@td.com Feb 09 2024 20:55:00 | | TD Bank NA, Attn Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520061881 | ^ | MEBN Feb 09 2024 20:46:27 | | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520111516 | + | Email/Text: BKelectronicnotices@cenlar.com Feb 09 2024 20:54:00 | | United Wholesale Mortgage, LLC, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520050500 | *+ | Barclay Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520050505 | *+ | Financial Recovery Services, PO Box21405, Saint Paul, MN 55121-0405 |
| 520050515 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor United Wholesale Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Corinna V Marotta cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Eric Alvarez cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| Rebecca K. McDowell | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6