Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18905−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Alvarez                          Corinna V Marotta
544 Frank Applegate Road              544 Frank Applegate Road
Jackson, NJ 08527                     Jackson, NJ 08527

Social Security No.:
 xxx−xx−3972                           xxx−xx−5757

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 16, 2024.

Dated: April 16, 2024
JAN: wiq

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18905-CMG |
| Eric Alvarez | Chapter 13 |
| Corinna V Marotta | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2024 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Alvarez, Corinna V Marotta, 544 Frank Applegate Road, Jackson, NJ 08527-4221 |
| 520050508 | + | FNB Omaha, PO Box 3142, Omaha, NE 68103-0142 |
| 520050506 | + | First Atlantic FCU, 468 Industrial Way, Eatontown, NJ 07724-2210 |
| 520050509 | + | Frederic I Weinberg & Associates, 1200 Laurel Oak Road ste 104, Voorhees, NJ 08043-4317 |
| 520050511 | | Lamont Hanley & Associates, PO Box 179, Manchester, NH 03105-0179 |
| 520050520 | | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Jackson, NJ 08527 |
| 520050521 | + | Utica First Insurance Company, 5981 Airport Road, Oriskany, NY 13424-3931 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Apr 16 2024 21:11:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520050497 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 21:44:29 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520097353 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 21:46:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520050498 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 21:10:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520128299 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 21:10:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520050499 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 16 2024 21:11:00 | Barclay Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520050501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 21:46:14 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520050502 | + | Email/PDF: pa_dc_claims@navient.com | Apr 16 2024 22:02:38 | Department of Education/aidvantage, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 520050503 | | Email/Text: bknotice@ercbpo.com | Apr 16 2024 21:12:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 520063059 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 16 2024 21:11:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |

Case 23-18905-CMG    Doc 32    Filed 04/18/24    Entered 04/19/24 00:24:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520050507 | | Email/Text: collecadminbankruptcy@fnni.com Apr 16 2024 21:11:00 | | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 520050504 | + | Email/Text: data_processing@fin-rec.com Apr 16 2024 21:11:00 | | Financial Recovery Services, PO Box21405, Saint Paul, MN 55121-0405 |
| 520121340 | + | Email/Text: rmcdowell@slgcollect.com Apr 16 2024 21:11:00 | | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520050510 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 16 2024 21:46:14 | | Home Depot Credit Services, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520050512 | | Email/Text: bknotices@mbandw.com Apr 16 2024 21:11:00 | | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146 |
| 520050513 | | Email/Text: EBN@Mohela.com Apr 16 2024 21:11:00 | | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520214106 | | Email/Text: EBN@Mohela.com Apr 16 2024 21:11:00 | | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520087673 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 16 2024 21:12:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520050514 | + | Email/PDF: pa_dc_claims@navient.com Apr 16 2024 21:24:15 | | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 520065841 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 16 2024 21:10:00 | | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 520108749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 21:45:02 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520050516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 21:24:15 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520158956 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 21:23:44 | | Portfolio Recovery Associates, LLC, c/o FRONTIER AIRLINES, POB 41067, Norfolk, VA 23541 |
| 520159453 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2024 21:47:02 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520050518 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2024 21:24:07 | | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520050517 | + | Email/Text: bankruptcy@bbandt.com Apr 16 2024 21:12:00 | | Sheffield Financial, 2554 Lewisville Commons, Clemmons, NC 27012-8110 |
| 520057191 | | Email/Text: bankruptcy@bbandt.com Apr 16 2024 21:12:00 | | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520050519 | | Email/Text: bankruptcy@td.com Apr 16 2024 21:12:00 | | TD Bank NA, Attn Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520061881 | ^ | MEBN Apr 16 2024 21:12:15 | | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520111516 | + | Email/Text: BKelectronicnotices@cenlar.com Apr 16 2024 21:11:00 | | United Wholesale Mortgage, LLC, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520050500 | *+ | Barclay Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520050505 | *+ | Financial Recovery Services, PO Box21405, Saint Paul, MN 55121-0405 |

520050515     *+          Navient, PO Box 9500, Wilkes Barre, PA 18773-9500

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor United Wholesale Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Corinna V Marotta cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Eric Alvarez cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Rebecca K. McDowell | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6